

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2016

No. 04-16-00498-CV

**IN THE MATTER OF B.M.G.**,

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2015JUV00638
Honorable Laura Parker, Judge Presiding

# O R D E R

On August 4, 2016, appellant B.M.G. filed a notice of appeal in this court. *See* TEX. R. APP. P. 25.1(a). On the same day, a deputy clerk of this court notified Appellant in writing that our records do not show that the $205.00 filing fees have been paid. Further, our records do not conclusively establish that Appellant is excused by statute or rule from paying the filing fees. *See id.* R. 5 (requiring fees in civil cases); *id.* R. 20.1 (waiving fees if indigence established). The clerk's August 12, 2016 letter warned Appellant that if the filing fees were not paid by August 22, 2016, the appeal could be stricken by the court. To date, this court has not received payment or an affidavit of indigence. *See id.* R. 20.1(c)(1).

The clerk's letter also advised Appellant that the docketing statement must be filed with this court by August 22, 2016. *See id.* R. 32.1; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 5.2, *available at* http://www.txcourts.gov/4thcoa/practice-before-the-court/local-rules.aspx. To date, no docketing statement has been filed. Appellant must file a docketing statement within TEN DAYS of the date of this order.

We ORDER appellant B.M.G. to show cause in writing within TEN DAYS of the date of this order that either (1) the $205.00 filing fees have been paid, or (2) Appellant is entitled to appeal without paying the filing fees. If Appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 5, 42.3(c); *In re W.J.C.*, No. 04-05-00532-CV, 2005 WL 3477883 (Tex. App.—San Antonio Dec. 21, 2005, no pet.) (mem. op.).

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2016.

_____
Keith E. Hottle
Clerk of Court